## SMITH v. AMERICAN & EFIRD MILLS

No. 191 PC.

Case below: 51 N.C. App. 480.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 October 1981. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 6 October 1981.

## STANBACK v. STANBACK

No. 340 PC.

Case below: 53 N.C. App. 243.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 October 1981.

## STATE v. BROWN

No. 305 PC.

Case below: 53 N.C. App. 82.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 October 1981.

## STATE v. CALDWELL and STATE V. MADDOX

No. 331 PC.

Case below: 53 N.C. App. 1.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 October 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 October 1981:

## STATE v. CHAMBERS

No. 354 PC.

Case below: 53 N.C. App. 358.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 October 1981.